1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10                   **WESTERN DIVISION**
11   ALLEN DAVID SAUNDER,                )    No.  CV 09-7515-RGK (AGR)
                                         )
12                    Petitioner,        )
                                         )    ORDER ADOPTING MAGISTRATE
13        v.                             )    JUDGE'S REPORT AND
                                         )    RECOMMENDATION
14   STATE OF CALIFORNIA, et al.,        )
                                         )
15                    Respondent.        )
                                         )
16
17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,
18   including the magistrate judge's Report and Recommendation.  The Court agrees
19   with the recommendation of the magistrate judge.
20        IT IS ORDERED that Judgment be entered denying the Petition and dismissing
21   this action without prejudice.
22
23   DATED:  January 25, 2010        _____
24                                            R. GARY KLAUSNER
                                       UNITED STATES DISTRICT JUDGE
25
26
27
28