**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ALLEN DAVID SAUNDER, | No.  CV 09-7515-RGK (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED:  January 25, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE